**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more Information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | INNERLINE ENGINEERING, INC. |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 33-0909707 |

4. Debtor's address

   Principal place of business

   1663 Commerce Street
   Corona, CA 92880
   Number, Street, City, State & ZIP Code

   Riverside
   County

   Mailing address, if different from principal place of business

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    www.innerlineengineering.com

6. Type of debtor

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  INNERLINE ENGINEERING, INC.                                          Case number (if known)
        Name

7. Describe debtor's business

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5619__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ☒ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor __INNERLINE ENGINEERING, INC.__                                    Case number (*if known*) _____
             Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  INNERLINE ENGINEERING, INC.                              Case number (if known) _____
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 15, 2021
             MM / DD / YYYY

X _____          Thomas J.C. Yeh
  Signature of authorized representative of debtor    Printed name

Title  Cheif Financial Officer

**18. Signature of attorney**

X _____          Date  March 15, 2021
  Signature of attorney for debtor                   MM / DD / YYYY

Jeffrey B. Smith 150095
Printed name

Curd, Galindo & Smith, LLP
Firm name

301 E. Ocean Blvd. Suite 1700
Long Beach, CA 90802
Number, Street, City, State & ZIP Code

Contact phone  562-624-1177     Email address  jsmith@cgsattys.com

150095 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name: INNERLINE ENGINEERING, INC.
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AirX Utility Surveyors, Inc. Attn: Gail McMorran 2534-C E. El Norte Pkwy Escondido, CA 92027 | | | | | | $269,317.00 |
| APS Environmental, Inc. C/O Greenbaum Law Group, LLP 170 Newport Center Dr., Ste 130 Newport Beach, CA 92660 | | Judgment | | | | $72,119.00 |
| Berkshire Hathaway Homestate Co 1314 Douglas St., Ste 1300 Omaha, NE 68102 | | Worker's Comp Dispute | | | | $101,079.00 |
| C. Scott Yenzer C/O Arron Nesbitt Whitcomb Selinsky PC 2000 S. Colorado Blvd. Suite 9500 Denver, CO 80222 | | Disputed Litigation Claim Involving non-debor comany. | Unliquidated Disputed | | | $250,000.00 |
| Chase Auto Finance P.O. Box 901076 Fort Worth, TX 76101 | | Chase - 2018 Ford Super Duty F250 | | $30,084.00 | $0.00 | $30,084.00 |
| Danny Song 5180 W. 2nd Street Los Angeles, CA 90004 | | Danny Song Loan-Loan for operations in 2018 Judgment | | | | $497,429.00 |
| Dig Vac, LLC 6045 Lipan Street Denver, CO 80221 | | Judgment-San Bernardino | | | | $111,309.15 |

Debtor  INNERLINE ENGINEERING, INC.  
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Employment Development Department Bankruptcy Group MIC 92E POB 826880 Sacramento, CA 92480-0001 | | Payroll Tax Delinquencies 2017 $73,999.66 2018 $84,108.46 2019 $84,251.51 2020 $33,457.53 Total $275,817.16 | | | | $358,707.00 |
| Ferris & Britton 501 W. Broadway Ste. 1450 San Diego, CA 92101 | | Legal Fees | | | | $82,389.00 |
| Ford Motor Credit 801 E State Highway 114 Grapevine, TX 76051 | | Ford Credit - 2018 Ford Large Transit VIN 1925 | | $27,444.00 | $0.00 | $27,444.00 |
| Guofang Chang 1663 Commerce Street Corona, CA 92880 | | Loan From Insider | | | | $294,123.00 |
| Herc Rentals C/O Rodolfo Gaba, Jr. 8583 Irvine Center Dr., Ste 500 Irvine, CA 92618 | | Equipment Rental-Judgment | | | | $38,861.00 |
| HOP Capital Berkovitch & Bouskila, PLLC 80 Broad Street Ste 3303 New York, NY 10004 | | Merchant Cash Advance Loan for operations | | $385,800.00 | $0.00 | $385,800.00 |
| Inner Asset LLC Attn: Dan Schreiber 525 B St., Ste 1750 San Diego, CA 92101 | | Loan for operations | | $332,980.00 | $0.00 | $332,980.00 |
| Inner Asset LLC Attn: Dan Schreiber 525 B St., Ste 1750 San Diego, CA 92101 | | Loan for operations in 2019, Secured by Equipment and Vehicles | | $184,418.00 | $0.00 | $184,418.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | | Payroll Tax Delinquencies 2019 $134,360.87 2020 $66,056.59 Total $200,417.46 per Tax Liens Filed | | | | $1,412,867.00 |

Debtor   INNERLINE ENGINEERING, INC.                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jim Aaderud<br>37693 Oxford Dr.<br>Murrieta, CA 92562 | | Owner carried back finance for purchase of Innerline Engineering Inc. in 2017 | | | | $520,000.00 |
| Midwest Employers Casualty Company<br>C/O Rodolfo Gaba, Jr.<br>8583 Irvine Center Dr., Suite 500<br>Irvine, CA 92618 | | Judgment | | | | $35,887.00 |
| Robert Williamson<br>C/O Arron Nesbitt<br>Whitcomb Selinsky PC<br>2000 S. Colarado Blvd. Suite 9500<br>Denver, CO 80222 | | Disputed Lawsuit and Claims against Debtor related to the purchase of a company called Caribou Energy. | Unliquidated<br>Disputed | | | $250,000.00 |
| U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935 | | CARES ACT Loan $150,000<br>PPP Loan 1 $373,700<br>PPP Loan 2 $385,700 | | | | $909,400.00 |

## United States Bankruptcy Court
### Central District of California

In re  INNERLINE ENGINEERING, INC.

Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| I.E. Storm Tech Leasing, LLC<br>1663 Commerce Street<br>Corona, CA 92880 | N/A | 100% | Stock Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 16, 2021

Signature  X  Thomas J.C. Yeh

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Corona, California   , California.

Date:   March 15, 2021

Thomas J.C. Yeh
Signature of Debtor 1

Signature of Debtor 2

INNERLINE ENGINEERING, INC.
1663 Commerce Street
Corona, CA 92880


Jeffrey B. Smith
Curd, Galindo & Smith, LLP
301 E. Ocean Blvd. Suite 1700
Long Beach, CA 90802


AirX Utility Surveyors, Inc.
Attn: Gail McMorran
2534-C E. El Norte Pkwy
Escondido, CA 92027


APS Environmental, Inc.
C/O Greenbaum Law Group, LLP
170 Newport Center Dr., Ste 130
Newport Beach, CA 92660


Bank of America Auto
440 E Round Grove Rd
Lewisville, TX 75067


Berkshire Hathaway Homestate Co
 1314 Douglas St., Ste 1300
Omaha, NE 68102


Byron J. Bahr
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd Ste 1000
Costa Mesa, CA 92626


C. Scott Yenzer C/O Arron Nesbitt
 Whitcomb Selinsky PC
2000 S. Colarado Blvd. Suite 9500
Denver, CO 80222

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024


Chase Auto Finance
P.O. Box 901076
Fort Worth, TX 76101


Clean Harbors Environmental Service
Adams, Londo & Weiss LLC
P.O. Box 37428
Houston, TX 77237


Cues, Inc.
C/O Tim Watson; Lewis Brisbois et.
701 B Street, Suite 1900
San Diego, CA 92101


Danny Song
5180 W. 2nd Street
Los Angeles, CA 90004


Dig Vac, LLC
6045 Lipan Street
Denver, CO 80221


DLSE Legal
Attn; Evan Adams
455 Golden Gate Ave, 9th Floor
San Francisco, CA 94102


Employment Development Department
Bankruptcy Group MIC 92E
POB 826880
Sacramento, CA 92480-0001

Enterprise Fleet Management
6330 Marindustry Dr.
San Diego, CA 92121


Ferris & Britton
501 W. Broadway Ste. 1450
San Diego, CA 92101


Fire Safety First
1170 E. Fruit St.
Santa Ana, CA 92701


Ford Motor Credit
801 E State Highway 114
Grapevine, TX 76051


Guo Chang
29715 Hunter Rd
Murrieta, CA 92563


Guofang Chang
1663 Commerce Street
Corona, CA 92880


Herc Rentals
C/O Rodolfo Gaba, Jr.
8583 Irvine Center Dr., Ste 500
Irvine, CA 92618


Heritage Hotel Group
9249 Sierra College Blvd.
Roseville, CA 95661

HOP Capital
Berkovitch & Bouskila, PLLC
80 Broad Street Ste 3303
New York, NY 10004


HOP Capital
1022 Avenue M
Brooklyn, NY 11230


Inner Asset LLC
Attn: Dan Schreiber
525 B St., Ste 1750
San Diego, CA 92101


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jack Doheny Company
Goldman, Evans & Trammell LLC
10323 Cross Creek Blvd., "F"
Tampa, FL 33647


Jim Aaderud
37693 Oxford Dr.
Murrieta, CA 92562


John Choi, Esq. Kim Park Choi & Yi
3435 Wilshire Blvd., Ste 2150
Los Angeles, CA 90010


MacDowell & Associates, Ltd
Attn: Todd A. MacDowell
3636 Birch St., Ste 290
Newport Beach, CA 92660

Mercedes-Benz Financial
P.O. Box 279319
Sacramento, CA 95827


Michael Weinstein
Ferris & Britton
501 Wext Broadway, Suite 1450
San Diego, CA 92101-7901


Midwest Employers Casualty Company
C/O Rodolfo Gaba, Jr.
8583 Irvine Center Dr., Suite 500
Irvine, CA 92618


Norcal Trucking
Gardnener, Riechmann & Chow
438 E. Katella Ave., Ste 202
Orange, CA 92867


Operating Eng H&W Trust Fnd
C/O Matt Minser; Saltzman et. al.
1141 Harbor Bay Pkwy, Suite 600
Alameda, CA 94502


Park & Lim
Attn: Young Lim
3530 Wilshire Blvd., Ste 1300
Los Angeles, CA 90010


Robert Half, Inc.
2613 Camino Ramon, 4th Floor
San Ramon, CA 94583


Robert Williamson C/O Arron Nesbitt
Whitcomb Selinsky PC
2000 S. Colarado Blvd. Suite 9500
Denver, CO 80222

```
Small Business Administration
200 W Santa Ana Blvd
Santa Ana, CA 92701


Sunbelt Rentals
Tucker, Albin & Associates Inc.
1702 N. Collins Blvd., Ste 100
Richardson, TX 75080


Trans Lease, Inc.
1400 W. 62nd Avenue
Denver, CO 80221


Trans Lease, Inc.
4475 E. 74th Ave Ste 103
Commerce City, CO 80022


TransLease
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Wells Fargo Equipment Finance, Inc.
733 Marquette Ave Ste 700
Minneapolis, MN 55402
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Jeffrey B. Smith 150095<br>301 E. Ocean Blvd. Suite 1700<br>Long Beach, CA 90802<br>562-624-1177 Fax: 562-624-1178<br>California State Bar Number: 150095 CA<br>jsmith@cgsattys.com | FOR COURT USE ONLY |
|---|---|
| ☒ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>INNERLINE ENGINEERING, INC.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Jeffrey B. Smith 150095__ , the undersigned in the above-captioned case, hereby declare
 (Print Name of Attorney or Declarant)
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☒ I am the attorney for the Debtor corporation

2. a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

March 15, 2021
Date

By: /s/
Signature of Debtor, or attorney for Debtor

Name: Jeffrey B. Smith 150095
Printed name of Debtor, or attorney for Debtor

**United States Bankruptcy Court**
**Central District of California**

In re    INNERLINE ENGINEERING, INC.                                    Case No.
                                                      Debtor(s)          Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Thomas J.C. Yeh, declare under penalty of perjury that I am a Director of and the Chief Financial Officer of INNERLINE ENGINEERING, INC., ("Corporation") and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of March, 2021.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Thomas J.C. Yeh, Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11, Subchapter V voluntary bankruptcy case on behalf of this Corporation; and

Be It Further Resolved, that Thomas J.C. Yeh, Chief Financial Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of this Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of this Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thomas J.C. Yeh, Chief Financial Officer of this Corporation is authorized and directed to employ Jeffrey B. Smith 150095, attorney and the law firm of Curd, Galindo & Smith, LLP to represent the corporation in such bankruptcy case."

Date  March 15, 2021                             Signed (X) _____
                                                           Thomas J.C. Yeh, Director and CFO

Resolution of Board of Directors
of
INNERLINE ENGINEERING, INC. ("Corporation")

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Thomas J.C. Yeh, Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11, Subchapter V voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Thomas J.C. Yeh, Chief Financial Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thomas J.C. Yeh, Chief Financial Officer of this Corporation is authorized and directed to employ Jeffrey B. Smith 150095, attorney and the law firm of Curd, Galindo & Smith, LLP to represent the Corporation in such bankruptcy case.

Date  March 15, 2021                         Signed _____
                                                    Guofang Chang, Director

Date  March 15, 2021                         Signed _____
                                                    Thomas J.C. Yeh, Director